UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF RHODE ISLAND


JASON E. FERRELL,
Plaintiff

    v.                                              CR08-378T

FRANK CAPRIO, ET AL.,
Defendants


                              ORDER


     I hereby recuse myself from participation in the above-referenced matter.


                                              By Order:


                                              _____
                                              Deputy Clerk


ENTER:


_____
Senior U.S. District Judge
Ernest C. Torres
date: October 23th, 2008